■ In the Matter of NICHOLAS J. MURATORE, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— Determination unani-

mously modified by reducing the penalty from revocation of the license to a 30-day suspension and as so modified, determination confirmed, without costs. Memorandum: This article 78 proceeding to review the determination of respondent, after a hearing, revoking petitioner's driver's license was transferred to this court pursuant to CPLR 7804 (subd. [g]). The determination that petitioner violated section 1154 of the Vehicle and Traffic Law by failing to use due care to avoid striking a pedestrian meets the substantial evidence requirement. However, in our opinion, respondent abused his discretion in imposing the revocation of the license as a penalty. (CPLR 7803, subd. 3.) The punishment imposed was "so disproportionate to the offense,,in the light of all the circumstances, as to be shocking to one's sense of fairness." (*Matter of Stolz* v. *Board of Regents*, 4 A D 2d 361, 364.) (Review of determination of respondent revoking petitioner's license to drive, transferred by order of Monroe Special Term.) Present — Williams, P. J., Bastow, Goldman and Del Vecchio, JJ.